(Rev. 5/85) Judgment in a Civil Case ☒



# United States District Court
## Eastern District of Wisconsin

TOMY BROWN,
        Plaintiff,

v.

TRANSCOR, INC.,
KEVIN M. MARTIN, and
NATIONAL CASUALTY

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 06-C-105

[X]     **Decision by Court.** This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**
    that the plaintiff's request to proceed in forma pauperis is **GRANTED** and that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $241.54 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action.

    **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

    **IT IS FURTHER ADJUDGED** that this inmate has brought an action that was dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

    **IT IS FURTHER ADJUDGED** that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

SOFRON B. NEDILSKY
Clerk of Court

4/11/06
Date

V. Kelly Barker Terry
(By) Deputy Clerk

Approved this 11th day of April, 2006.

CHARLES N. CLEVERT, JR.
United States District Judge

AO 72A
(Rev.8/82)

Case 2:06-cv-00105-AEG    Filed 04/11/06    Page 1 of 1    Document 5